JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CHANG, | Case No.    CV 14-6551 FMO |
|       Petitioner, |              CR 13-0700 FMO |
|       v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
|       Respondent. | |

Pursuant to the court's order granting petitioner's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, IT IS ADJUDGED THAT petitioner shall be re-sentenced in Case No. CR 13-0700 FMO.  The action is hereby dismissed with prejudice.

Dated this 29th day of August, 2014.

                                             /s/

                                  Fernando M. Olguin
                          United States Magistrate Judge